**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                                                    Case No. 19–31278
                                                                                         Chapter 13

Shayla Romel Temple ,

      Debtor.


## ORDER CONFIRMING PLAN

      The debtor's plan filed on June 26, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

      It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

      It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.


Dated August 12, 2019


William R. Sawyer
United States Bankruptcy Judge